# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
TECHNICA CORPORATION,            *
                                 *
           Protestor,             *
                                 *
v.                                *
                                 *
UNITED STATES,                   *
                                 *   No. 18-1142C
           Defendant,             *   Filed: September 6, 2018
                                 *
v.                                *
                                 *
LEIDOS INNOVATIONS               *
CORPORATION,                     *
                                 *
           Defendant-Intervenor. *
* * * * * * * * * * * * * * * * *
```

## O R D E R

On September 6, 2018, the court held oral argument in the above captioned bid protest. At the conclusion of the oral argument, the court issued an oral ruling. As described at the argument, protestor's motion for judgment on the Administrative Record is **DENIED**. Defendant's motion for judgment on the Administrative Record is **GRANTED**, and defendant-intervenor's motion for judgment on the Administrative Record is **GRANTED**. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
         **Judge**